# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JENNIFER LAMB, individually and as the parent and guardian of RACHEL MACKEY<br>PLAINTIFFS<br><br>V.<br><br>JAMES HOUSTON and CONAGRA BRANDS, INC.<br>DEFENDANTS | CASE NO. 4:18CV00815 SWW |

## ORDER

Plaintiffs commenced this personal injury action in state court against Defendants James Houston ("Houston") and Conagra Brands, Inc. ("Conagra"). Conagra alone removed the case to this federal court, as Houston had neither responded to the complaint nor made an appearance in the case. Now before the Court is Plaintiffs' and Conagra's stipulation that Plaintiffs dismiss all claims against Conagra, without prejudice. Additionally, Plaintiffs move for remand to state court, and with no objection, the motion is granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Separate Defendant Conagra Brands, Inc. are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that this case is remanded to the Circuit Court of Pope County, Arkansas, Civil Division.

IT IS SO ORDERED THIS 28TH DAY OF NOVEMBER, 2018.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE